**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

State National Insurance Company, Inc.

**vs**  **Case No.** 1:23-cv-1152 (FJS/CFH)

Kenwood Commons, LLC

_____

**ORDER**

IT IS ORDERED that all claims and causes of action asserted by Plaintiff, State National Insurance Company, Inc., against Defendants, Kenwood Commons, LLC and/or Jacob Frydman, are hereby dismissed without prejudice. The clerk of the Court is directed to remove this case from the docket. The parties shall bear their own respective costs and attorney's fees.

Signed on this __5th__ day of __November__, 2024.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge